NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD REZEK,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TUSTIN, BRIAN CHUPP #1069, MARK TURNER #1002, individually and as peace officers, SCOTT JORDAN, Chief of Police, IPC INTERNATIONAL CORPORATION, VESTAR PROPERTY MANAGEMENT COMPANY, JOSE REYES, DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO: SACV11-01601 DOC (RNBx)<br><br>BEFORE THE HONORABLE DAVID O. CARTER<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST EDWARD REZEK [216]**<br><br>TYPE:    Trial<br>DATE:    January 5, 2015<br>TIME:    12:00 p.m.<br>COURTROOM:    9D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This matter came on regularly for trial on January 5, 2015, in Courtroom 9D of the above-titled court, the Hon. David O. Carter, judge, presiding. Plaintiff Edward Rezek (hereinafter "Plaintiff") was represented by Thomas Beck of The Law Offices of Thomas Beck. Defendants City of Tustin, a public entity, Brian Chupp and Mark Turner, individually and as peace officers with the City of Tustin, a public entity (hereinafter referred to collectively as "Defendants") were represented by Robert L. Kaufman of Woodruff, Spradlin & Smart. All other parties to this action had been dismissed prior to trial.

A jury was empanelled, and trial began, on January 5, 2015. A unanimous verdict in Defendants' favor was arrived at and entered on January 13, 2015. A true and correct copy of the verdict is attached hereto as Exhibit "A." As a result of that

1

1    trial and verdict, this Court orders as follows:

2        1.     Judgment is hereby entered in favor of Defendants and against Plaintiff;

3        2.     All other claims were either dismissed or adjudicated against Plaintiff as reflected in the Court's previous orders;

5        3.     Defendants may seek costs as the prevailing party consistent with Federal Rule 54 and Local Rule 54-2 and 54-3; and

7        4.     Defendants are to give notice of this judgment;

IT IS SO ORDERED.

DATED: January 29, 2015             By: _____
                                                        THE HON. DAVID O. CARTER
                                                        United States District Judge

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

2

1059051.1